W. G. STEVENS, Appellant,

v.

Alec WILSON, Appellee.

Court of Appeals of Kentucky.

Sept. 30, 1955.

Lois M. WELLMAN, Appellant,

v.

CITY OF OWENSBORO, Kentucky, Appellee.

Court of Appeals of Kentucky.

Sept. 30, 1955.

S. Jewell Rice, Scott Reed, Lexington, for appellant.

George R. Smith, Stanley M. Saunier, Jr., Lexington, for appellee.

PER CURIAM.

The judgment is for $1,371 in favor of the defendant on a counterclaim arising from an automobile accident. The trial and appeal have been practiced under the Civil Code. The bill of exceptions has heretofore been stricken; hence, there is left for this court's consideration only the question of whether the pleadings are sufficient to support the judgment. They are.

The motion for an appeal is overruled, and the judgment stands affirmed.